ACCEPTED
04-14-00734-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
3/16/2015 1:18:01 PM
KEITH HOTTLE
CLERK

NO. 04-14-00734CV

_____

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
03/16/2015 1:18:01 PM
KEITH E. HOTTLE
Clerk

IN THE

FOURTH COURT OF APPEALS

SAN ANTONIO, TEXAS

_____

SANDRA SAKS, LEE NICK MCFADIN, III, and MARGARET LANDEN SAKS,

Appellants

v.

BROADWAY COFFEEHOUSE, LLC,

Appellee

_____

## APPELLEE'S MOTION TO EXTEND TIME TO FILE BRIEF

_____

**TO THE HONORABLE COURT OF APPEALS:**

NOW COMES Appellee, BROADWAY COFFEEHOUSE, LLC ("COFFEEHOUSE"), and files this Motion to Extend Time to File Brief, and would respectfully show the Court as follows:

I.

COFFEEHOUSE'S Brief is presently due on March 23, 2015. COFFEEHOUSE respectfully requests a fourteen day extension of time which, if granted, will make its Brief of Appellee due on April 6, 2015. COFFEEHOUSE needs additional time to concisely

formulate and state their legal arguments in response to the Brief of Appellants, given the lengthy factual and procedural background of this matter and the novelty of the arguments made in the Brief of Appellant. This, coupled with an unusually busy work schedule, will make it difficult for Appellee to file its Brief by the current deadline.

II.

No previous extensions of time to file the Brief of Appellee have been requested. The Court has previously granted an extension of 30 days to Appellants to file their Brief of Appellants.

III.

Counsel for COFFEEHOUSE has conferred with counsel for Appellants, who has indicated that Appellants oppose the relief requested in this Motion.

WHEREFORE, COFFEEHOUSE respectfully requests that this Motion be granted.

Respectfully submitted,

CURL STAHL GEIS
A PROFESSIONAL CORPORATION
700 North St. Mary's Street, Suite 1800
San Antonio, Texas  78205
Telephone:  (210) 226-2182
Telecopier:  (210) 226-1691

BY: *Herbert S. Hill*
PAUL T. CURL
State Bar No. 05255200
ptcurl@csg-law.com
BRITTANY M. WEIL
State Bar No. 24051929
bmweil@csg-law.com
HERBERT S. HILL
State Bar No. 24087722
hshill@csg-law.com

ATTORNEYS FOR APPELLEE
BROADWAY COFFEEHOUSE, LLC

2

# VERIFICATION

STATE OF TEXAS          §
                                            §

COUNTY OF BEXAR      §

BEFORE ME, the undersigned authority, personally appeared HERBERT S. HILL, who, having been by me duly sworn, upon his oath deposed and said that he is the attorney for Appellee, BROADWAY COFFEEHOUSE, LLC, in the above-captioned matter; that he has read the above and foregoing Appellee's Motion to Extend Time to File Brief; and that the matters stated therein are within his personal knowledge and are true and correct.



HERBERT S. HILL

SWORN TO and SUBSCRIBED before me this 16th day of March, 2015, by HERBERT S. HILL.

NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

MARCIA LANEE JOHNSON
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 03-19-2015

# CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of March, 2015, a true and correct copy of the

above and foregoing document was served via electronic mail and/or electronic service

through ProDoc to the following:

Mr. Royal B. Lea, III
Bingham & Lea, P.C.
319 Maverick Street
San Antonio, Texas 78212
Telecopier: (210) 224-0141
Email: royal@binghamandlea.com

Mr. Philip M. Ross
1006 Holbrook Road
San Antonio, Texas 78218
Email: ross_law@hotmail.com

Ms. Lauren Saks Merriman
825 West Fulton Market, Unit 2
Chicago, Illinois 60607
Email: laurenmerriman@theblackbook-group.com

_____
HERBERT S. HILL